39 F.2d 3 (1930)
McCAUGHN, Collector of Internal Revenue,
v.
McCAHAN (two cases).
SAME
v.
RODENBOUGH.
SAME
v.
BORDEN.
Nos. 4254, 4253, 4255, 4256.
Circuit Court of Appeals, Third Circuit.
February 13, 1930.
*4 *5 Calvin S. Boyer, U. S. Atty., and Mark Thatcher, Asst. U. S. Atty., both of Philadelphia, Pa. (C. M. Charest, General Counsel, and T. H. Lewis, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellant.
Walter L. Sheppard, William C. Alexander, Jr., and Foulkrod, Sheppard, Porter & Alexander, all of Philadelphia, Pa., for appellees.
Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.
PER CURIAM.
The judgment is affirmed on the opinion of Judge Kirkpatrick.